

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00138-CV

| | | |
|---|---|---|
| DIANA JO FLETCHER AND GARY WHITAKER, INDEPENDENT EXECUTORS OF THE ESTATE OF | § | On Appeal from the 78th District Court |
| TORCHY BOB WHITAKER, DECEASED, Appellants | § | of Wichita County (183,750-B) |
| | § | October 11, 2018 |
| V. | | |
| GENEVA MAE WHITAKER, Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. We affirm the trial court's judgment.

We tax appellate costs jointly and severally against appellants Diana Jo Fletcher and Gary Whitaker, Independent Executors of the Estate of Torchy Bob Whitaker, Deceased.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr